# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2013

## NO. 03-12-00752-CV

Nicolas Dominic Taboada, Appellant

v.

Austin Police Department and Southside Wrecker, Inc., Appellees

**APPEAL FROM JUSTICE COURT PRECINCT 4 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal is dismissed for want of jurisdiction. It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.